UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FLOYD E. McNEAL**                                                                                       **PLAINTIFF**

**v.**                          **CASE NO. 5:09cv00289 BSM**

**JOHN DOE, Individually and in His Official**                               **DEFENDANT**
**Capacity as an Employee of Pine Bluff Housing**
**Authority**

## ORDER

Upon the motion of plaintiff Floyd E. McNeal, the complaint filed herein against John Doe is dismissed without prejudice and plaintiff's motion for leave to proceed *in forma pauperis* is denied as moot.

IT IS SO ORDERED this 28th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE